Redacted

## United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

**FILED**
DEC 13 2007  NR

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James G. Woodward
Clerk of Court

314-244-7900

December 10, 2007

United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
ATTENTION: Michael W. Dobbins, Clerk of Court

07CV 7021
JUDGE ASPEN
MAGISTRATE JUDGE COLE

RE:     Meridian Enterprises Corporation v. SHC Direct, LLC.
Case #  4:07CV1364 DJS

Dear Michael W. Dobbins:

Enclosed is a certified copy of the order dated December 7, 2007 by the Honorable Donald J. Stohr, transferring the above styled case to the U.S. District Court for Northern Division of Illinois. Also enclosed is a certified copy of the docket sheet.

It is our understanding that your court is also utilizing Electronic Case Filing, therefore, we are including a login and password so you may access documents.

    Login: ▮▮▮
    Password: ▮▮▮▮▮

This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

In order to assist you in accessing our electronic file go to https://ecf.moed.circ8.dcn or for help call the help line at 866-883-7749 (toll free) or 314-244-7650. If you need further assistance, you may call the St. Louis Office at (314) 244-7800.

Please return the enclosed copy of this letter as acknowledgment of the receipt of above. Please indicate the new case number assigned to this case in United States District Court Northern District of Illinois.

Sincerely,
JAMES G. WOODWARD, CLERK

By: _____
    M. Crayton
    Case Manager

Enclosure(s)

Received By: _____  Date: _____  New Case#: _____

**07CV 7021**
**JUDGE ASPEN**
**MAGISTRATE JUDGE COLE**

**FILED**

DEC 13 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MERIDIAN ENTERPRISES CORPORATION, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV1364-DJS |
| ) | |
| SHC DIRECT, LLC, ) | |
| Defendant. ) | |

### STIPULATED ORDER TRANSFERRING CASE
### TO THE NORTHERN DISTRICT OF ILLINOIS

THIS CAUSE came before the Court upon Defendant SHC Direct, LLC's Motion To Transfer Pursuant to U.S.C. Section 1404(a) filed November 2, 2007.

WHEREAS Plaintiff MERIDIAN ENTERPRISES CORPORATION does not oppose transfer to the Northern District of Illinois, Eastern Division; and, that once this case is formally transferred, the parties intend to ask the Northern District of Illinois to assign this case to Judge Bucklo for consolidation with the related case of *West Suburban Bank v. Meridian Enterprises Corporation*, Civil Action No. 07-CV-2838 currently pending in the Eastern Division of the Northern District of Illinois; and the parties have so stipulated, subject to this Court's approval.

ADJUDGED that the Motion to Transfer is GRANTED and this case is ordered transferred pursuant to 28 U.S.C. 1404(a) to the Northern District of Illinois, Eastern Division.

Each party shall bear its own attorneys' fees and costs at this time; however, the parties reserve the right to seek recovery of their respective attorneys' fees and costs incurred in connection with this Action, as part of the transferred Action in the Northern District of Illinois.

JAMES G. WOODWARD, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: /s/ Michele Clayton
DEPUTY CLERK

DONE AND ORDERED in Chambers at the United States District Court in St. Louis, Missouri, this 7th day of December, 2007.

                                                      _____
                                                      Donald J. Stohr
                                        United States District Court Judge

AGREED:

By:  /s/ Steve Zlatos                         By:  /s/ Phillip R. Reed
     Steve Zlatos, Esq.                               Phillip R. Reed, Esq.
     WOODARD, EMHARDT, MORIARTY,        Max Shaftal, Esq.
     MCNETT & HENRY LLP                    Scott W. Smilie, Esq.
     111 Monument Circle, Suite 3700            PATZIK FRANK & SAMOTNY LTD.
     Indianapolis, IN 46204-5137                150 South Wacker Drive, Suite 1500
     (317) 634-3456 – Telephone                 Chicago, IL 60606
     (317) 637-7561 – Facsimile                  (312) 551-8300 – Telephone
                                                    (312) 551-1100 – Facsimile
     John L. McMullin, Esq. #22637
     BROWN & JAMES, P.C.                   Edward V. Crites, #2899
     1010 Market Street, 20th Floor              BEHR, McCARTER & POTTER, P.C.
     St. Louis, MO 63101-2000                  7777 Bonhomme, Suite 1400
     (314) 421-3400 – Telephone                 St. Louis, MO 63105
     (314) 242-5357 – Facsimile                  (314) 862-3800 - Telephone
                                                    (314) 862-3953 - Facsimile
     *Attorneys for Plaintiff*
     *Meridian Enterprises Corporation*          *Attorneys for Defendant*
                                                    *SHC Direct, LLC*

CLOSED, TRANSF

## U.S. District Court
### Eastern District of Missouri (LIVE) (St. Louis)
### CIVIL DOCKET FOR CASE #: 4:07-cv-01364-DJS
### Internal Use Only

| | |
|---|---|
| Meridian Enterprises Corporation v. SHC Direct, LLC<br>Assigned to: Honorable Donald J. Stohr<br>Cause: 35:271 Patent Infringement | Date Filed: 07/30/2007<br>Date Terminated: 12/07/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

**Meridian Enterprises Corporation**     represented by     **John L. McMullin**
BROWN AND JAMES, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101
314-421-3400
Fax: 314-421-3128
Email: jmcmullin@bjpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max Shaftal**
PATZIK AND FRANK
150 S. Wacker Drive
Suite 1500
Chicago, IL 60606
312-551-8300
Fax: 312-551-1101
Email: mshaftal@pfs-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve E. Zlatos**
WOODARD AND EMHARDT
111 Monument Circle
Suite 3700
Indianapolis, IN 46204
317-634-3456
Fax: 317-637-7561
Email: stevezlatos@uspatent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Hiday**
WOODARD AND EMHARDT
111 Monument Circle

*[Stamps: JAMES G. WOODWARD, CLERK / TRUE COPY OF THE ORIGINAL / UNITED STATES DISTRICT COURT / EASTERN DISTRICT OF MISSOURI / BY [signature] DEPUTY CLERK]*

*[Stamp: FILED DEC 13 2007 NH / MICHAEL W. DOBBINS / CLERK, U.S. DISTRICT COURT]*

07CV 7021
JUDGE ASPEN
MAGISTRATE JUDGE COLE

Suite 3700
Indianapolis, IN 46204-5137
317-634-3456
Fax: 317-637-7561
Email: lhiday@uspatent.com
*ATTORNEY TO BE NOTICED*

**Spiro Bereveskos**
WOODARD AND EMHARDT
111 Monument Circle
Suite 3700
Indianapolis, IN 46204-5137
317-634-3456
Fax: 317-637-7561
Email: Judy@USPatent.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SHC Direct, LLC**                    represented by    **Edward V. Crites**
BEHR AND MCCARTER
7777 Bonhomme Avenue
Suite 1400
St. Louis, MO 63105
314-862-3800
Fax: 314-862-3953
Email: ecrites@bmplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 |  | Receipt # S2007-009075 in the amount of $350.00 for CIVIL FILING FEE, CIVIL FILING FEE-PART 2, CIVIL FILING FEE-PART 3 on behalf of BROWN & JAMES LAW FIRM. (CSW,) (Entered: 07/30/2007) |
| 07/30/2007 | 2 | COMPLAINT against Defendant SHC Direct, LLC filed by Meridian Enterprises Corporation with Jury Demand. 1 Summons issued, Fee paid in the amount of $350.00, Disclosure of Corporate Interest issued to SHC Direct, LLC. (Attachments: # 1 Civil Cover Sheet # 2 Original Filing Form)(CDD, ) (Entered: 07/31/2007) |
| 07/30/2007 | 3 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE filed by Plaintiff Meridian Enterprises Corporation. (CDD, ) (Entered: 07/31/2007) |
| 07/30/2007 |  | SUMMONS Issued ( 1 @ 20 days )as to Defendant SHC Direct, LLC. (CDD, ) (Entered: 07/31/2007) |
| 07/31/2007 | 1 | MOTION for Leave to Appear Pro Hac Vice Steve Zlatos (Filing fee $100 receipt number 1167912) by Plaintiff Meridian Enterprises Corporation. (Zlatos, Steve) (Entered: 07/31/2007) |
| 08/02/2007 |  | Docket Text ORDER re 1 : MOTION for Leave to Appear Pro Hac Vice by Steve Zlatos on behalf of Plaintiff Meridian Enterprises Corporation, GRANTED. Signed by |

| | | |
|---|---|---|
| | | Judge Donald J. Stohr on 8/1/07. (LCE) (Entered: 08/02/2007) |
| 08/03/2007 | 4 | NOTICE by Plaintiff Meridian Enterprises Corporation re 2 Complaint, Submitting Exhibit A to the Complaint: (Attachments: # 1 Exhibit to the Complaint (part 1)# 2 Exhibit to Complaint (part 2)# 3 Exhibit to Complaint (part 3)# 4 Exhibit to Complaint (part 4))(Zlatos, Steve) (Entered: 08/03/2007) |
| 08/08/2007 | 5 | ORDER OF INITIAL DISCOVERY; ORDERED plaintiff(s) shall forthwith serve process or mail waiver of service. ORDERED notwithstanding FRCP 26(d) and (f), any party who has entered an appearance may serve interrogatories and request for production or inspection upon plaintiff at any time and upon any other party after that party's entry of appearance. Parties shall respond to discovery requests w/in 30 days of service of discovery requests. No party may take oral depositions or serve requests for admissions prior to the Court's issuance of a CMO. As permitted by this Order, discovery shall commence immediately. FURTHER ORDERED plaintiff(s) shall serve a copy of this order along w/discovery requests to a party who has not entered an appearance as of the date of this order. Signed by Judge Donald J. Stohr on 8/8/07. (JWJ, ) (Entered: 08/09/2007) |
| 09/04/2007 | 6 | WAIVER OF SERVICE Returned Executed filed by Meridian Enterprises Corporation SHC Direct, LLC waiver sent on 8/3/2007, answer due 10/2/2007. (Zlatos, Steve) (Entered: 09/04/2007) |
| 09/27/2007 | 7 | MOTION for Extension of Time to File Answer *(Stipulated) to Complaint (Ct. Dkt. No. 1)* by Plaintiff Meridian Enterprises Corporation. (Attachments: # 1 Text of Proposed Order)(Zlatos, Steve) (Entered: 09/27/2007) |
| 09/28/2007 | | Docket Text ORDER re 7 : Defendant's MOTION for Extension of Time to November 2, 2007 in which to file its Answer to Complaint, GRANTED. Signed by Judge Donald J. Stohr on 9/28/07. (LCE) (Entered: 09/28/2007) |
| 11/02/2007 | 8 | MOTION for Extension of Time to File Response/Reply as to 2 Complaint, by Defendant SHC Direct, LLC. (Attachments: # 1 Text of Proposed Order Order Granting Defendant's Motion to Extend The Time for Defendant To Respond to Plaintiff's Complaint)(Crites, Edward) (Entered: 11/02/2007) |
| 11/02/2007 | 9 | MEMORANDUM in Support of Motion re 8 MOTION for Extension of Time to File Response/Reply as to 2 Complaint, *pursuant to 28 U.S.C. 1404(A)* filed by Defendant SHC Direct, LLC. (Attachments: # 1)(Crites, Edward) (Entered: 11/02/2007) |
| 11/02/2007 | 10 | MOTION to Transfer Case *Pursuant to 28 U.S.C. 1404(A)* to U. S. District Court for the Northern District of Illinois by Defendant SHC Direct, LLC. (Crites, Edward) (Entered: 11/02/2007) |
| 11/02/2007 | | (Court only) ***Attorney Edward V. Crites for SHC Direct, LLC added. (JMW) (Entered: 11/13/2007) |
| 11/05/2007 | | Receipt # S2008-001227 in the amount of $100.00 for ATTORNEY ADM. FEE - PHV on behalf of SHAFTAL, MAX. (CSW,) (Entered: 11/05/2007) |
| 11/05/2007 | 11 | MOTION for Leave to Appear Pro Hac Vice Max Shaftal (Filing fee $100) by Plaintiff Meridian Enterprises Corporation. (MRC, ) (Entered: 11/08/2007) |
| 11/09/2007 | | Docket Text ORDER re 11 : MOTION for Leave to Appear Pro Hac Vice by Max Shaftal on behalf of Plaintiff Meridian Enterprises Corporation, GRANTED. Signed by Judge Donald J. Stohr on 11/9/07. (LCE) Modified on 11/13/2007 (JMW), copy of docket text order sent with e-file registration form. (Entered: 11/09/2007) |

| Date | Doc # | Description |
|---|---|---|
| 11/09/2007 | 12 | ORDER - IT IS HEREBY ORDERED that defendant SHC Direct's motion for extension of time is granted in that the time for defendant SHC Direct to file an answer or otherwise respond to plaintiff Meridian Enterprises' complaint is extended to December 10, 2007. granting 8 Motion for Extension of Time to File Response/Reply Signed by Judge Donald J. Stohr on 11/9/2007. (MRC, ) (Entered: 11/09/2007) |
| 11/09/2007 | | ORDER RECEIPT: (see receipt) Fri Nov 9 16:14:05 CST 2007 (MRC, ) (Entered: 11/09/2007) |
| 11/09/2007 | | (Court only) Set Deadlines/Hearings: Response to Court (Answer to Complaint) due by 12/10/2007. (JMW) (Entered: 11/13/2007) |
| 11/13/2007 | | ORDER RECEIPT: (see receipt) Tue Nov 13 11:44:11 CST 2007 (JMW, ) Modified on 11/13/2007 (JMW), copy of docket text order sent with e-file registration form. (Entered: 11/13/2007) |
| 11/13/2007 | 13 | RESPONSE to Motion re 10 MOTION to Transfer Case *Pursuant to 28 U.S.C. 1404(A)* to U. S. District Court for the Northern District of Illinois filed by Plaintiff Meridian Enterprises Corporation. (Zlatos, Steve) (Entered: 11/13/2007) |
| 11/13/2007 | | ***REMARK - Called Attorney Edward Crites and left a message on his voicemail informing him to e-file an Entry of Appearance. Also I stated in the voicemail that since he did not enter himself as the defendant's attorney, he did not receive the docket text order and the Order (Doc. #12) dated 11/9/2007. The 2 documents were sent via mail to Atty. Edward V. Crites, BEHR and McCarter, 7777 Bonhomme Avenue, Ste. 1400, St. Louis, MO 63105 today. (JMW) (Entered: 11/13/2007) |
| 11/15/2007 | 14 | ENTRY of Appearance by Edward V. Crites for Defendant SHC Direct, LLC. (Crites, Edward) (Entered: 11/15/2007) |
| 11/19/2007 | 15 | MOTION for Leave to Appear Pro Hac Vice Spiro Bereveskos (Filing fee $100) by Plaintiff Meridian Enterprises Corporation. (JMW) (Entered: 11/20/2007) |
| 11/19/2007 | 16 | MOTION for Leave to Appear Pro Hac Vice Lisa A. Hiday (Filing fee $100) by Plaintiff Meridian Enterprises Corporation. (JMW) (Entered: 11/20/2007) |
| 11/19/2007 | | Receipt:. (CSAW) (Entered: 11/26/2007) |
| 11/19/2007 | | Receipt:. (CSAW) (Entered: 11/26/2007) |
| 11/27/2007 | | Docket Text ORDER re 15 : MOTION for Leave to Appear Pro Hac Vice by Spiro Bereveskos on behalf of Plaintiff Meridian Enterprises Corporation, GRANTED. Signed by Honorable Donald J. Stohr on 11/26/07. (LCE) (Entered: 11/27/2007) |
| 11/27/2007 | | Docket Text ORDER re 16 : MOTION for Leave to Appear Pro Hac Vice by Lisa A. Hiday on behalf of Plaintiff Meridian Enterprises Corporation, GRANTED. Signed by Honorable Donald J. Stohr on 11/26/07. (LCE) (Entered: 11/27/2007) |
| 11/29/2007 | 17 | STIPULATION *Stipulated Order Transferring Case to the Northern District of Illinois* by Plaintiff Meridian Enterprises Corporation. (Crites, Edward) (Entered: 11/29/2007) |
| 11/29/2007 | 18 | ORDER IT IS HEREBY ORDERED that plaintiff Meridian Enterprises Corporation shall fully respond to SHC Directs motion to transfer on or before December 7, 2007. SHC shall thereafter file any reply brief on or before December 14, 2007. Signed by Honorable Donald J. Stohr on 11/29/07. (JWJ) (Entered: 11/29/2007) |
| 12/06/2007 | 19 | MOTION to Transfer Case *Stipulated* to Northern District of Illinois by Defendant SHC Direct, LLC. (Crites, Edward) (Entered: 12/06/2007) |

| | | |
|---|---|---|
| 12/07/2007 | 20 | RESPONSE to Motion re 10 MOTION to Transfer Case *Pursuant to 28 U.S.C. 1404(A)* to U. S. District Court for the Northern District of Illinois filed by Plaintiff Meridian Enterprises Corporation. (Zlatos, Steve) (Entered: 12/07/2007) |
| 12/07/2007 | 21 | ORDER - IT IS HEREBY ORDERED that defendant SHC Direct's motion to transfer is granted pursuant to the parties' stipulated order transferring this action to the United States District Court for the Northern District of Illinois entered this day. granting 10 Motion to Transfer Case Signed by Honorable Donald J. Stohr on 12/7/2007. (MRC) (Entered: 12/07/2007) |
| 12/07/2007 | 22 | STIPULATED ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF ILLINOIS (see order for complete details)......ADJUDGED that the Motion to Transfer is Granted and this case is ordered transferred pursuant to 28 USC 1404(a) to the Northern District of Illinois, Eastern Division. Each party shall bear its own attorneys' fees and costs at this time; however, the parties reserve the right to seek recovery of their respective attorneys' fees and costs incurred in connection with this action, as a part of the transferred action in the Northern District of Illinois. granting 19 Motion to Transfer Case Signed by Honorable Donald J. Stohr on 12/7/2007. (MRC) (Entered: 12/07/2007) |
| 12/10/2007 | 23 | Letter(Redacted) from Clerk-USDC/Eastern District of Missouri to Clerk-USDC/Northern District of Illinois re: 12/7/2007 Transfer Order and access to the electronic case file. (MRC) (Entered: 12/10/2007) |