IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MERIDIAN ENTERPRISES CORPORATION | ) ) ) | |
| Plaintiff, | ) | Case No. 07CV7021 |
| v. | ) ) | |
| SHC DIRECT, LLC | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Spiro Bereveskos, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana  46204

Lisa A. Hiday, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana  46204

Steve Zlatos, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana  46204

Edward V. Crites, Esq.
Behr, McCarter & Potter, P.C.
7777 Bonhomme, Suite 1400
St. Louis, Missouri  63105

John L. McMullin, Esq.
Brown and James, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri  63101

4633002.05.NOF

**PLEASE TAKE NOTICE** that on December 31, 2007, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached **Appearance**, a copy of which is hereby served upon you.

                              SHC DIRECT, LLC


                    By:  _/s/ Phillip S. Reed_
                            One of its attorneys


Max Shaftal, Esq.
Phillip S. Reed, Esq.
Scott W. Smilie, Esq.
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, Illinois 60606
(312) 551-8300
(312) 551-1101 - Fax

4633002.05.NOF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Appearance** was served upon:

Spiro Bereveskos, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204

Lisa A. Hiday, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204

Steve Zlatos, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204

Edward V. Crites, Esq.
Behr, McCarter & Potter, P.C.
7777 Bonhomme, Suite 1400
St. Louis, Missouri 63105

John L. McMullin, Esq.
Brown and James, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri 63101

**via U.S. Mail, proper postage prepaid, before the hour of 5:00 p.m., this 31st day of December, 2007,** from the law offices of Patzik, Frank & Samotny Ltd., 150 South Wacker Drive, Suite 1500, Chicago, Illinois 60606.

                                                /s/ *Phillip S. Reed*