IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MERIDIAN ENTERPRISES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07CV7021 |
| | ) | |
| SHC DIRECT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COME NOW Edward V. Crites and Behr, McCarter & Potter, P.C. and hereby move this Court to enter its Order allowing them to withdraw as attorney for Defendant SHC Direct, LLC in the above-captioned matter.

BEHR, McCARTER & POTTER, P.C.

By: _____
Edward V. Crites, #2899
7777 Bonhomme, Suite 1400
St. Louis, MO  63105
Telephone: (314) 862-3800
Facsimile: (314) 862-3953


PATZIK, FRANK & SAMOTNY LTD.

Max Shaftal
Scott W. Smilie
150 S. Wacker Drive, Suite 1500
Chicago, IL  60606
Telephone: (312) 555-8300
Facsimile: (312) 551-1101

*Attorneys for Defendant SHC Direct, LLC*