IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MERIDIAN ENTERPRISES CORPORATION | ) ) ) ) | |
| Plaintiff, | ) | Case No.  07CV7021 |
| v. | ) ) | |
| SHC DIRECT, LLC | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, January 9, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, or any judge sitting in his stead, in Room 2201, in the United States District Court, located at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Motion to Withdraw**.

.

SHC DIRECT, LLC


By:___/s/ *Max Shaftal*_____
       One of its attorneys


Max Shaftal, Esq.
Phillip S. Reed, Esq.
Scott W. Smilie, Esq.
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, Illinois  60606
(312) 551-8300
(312) 551-1101 - Fax
Firm No. 35160

Dated: January 2, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Motion to Withdraw** was served upon:

Spiro Bereveskos, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204

Lisa A. Hiday, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204

Steve Zlatos, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204

Edward V. Crites, Esq.
Behr, McCarter & Potter, P.C.
7777 Bonhomme, Suite 1400
St. Louis, Missouri 63105

John L. McMullin, Esq.
Brown and James, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri 63101

**via U.S. Mail, proper postage prepaid, before the hour of 5:00 p.m., this 2nd day of January, 2008,** from the law offices of Patzik, Frank & Samotny Ltd., 150 South Wacker Drive, Suite 1500, Chicago, Illinois 60606.

/s/ Max Shaftal