**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Meridian Enterprises Corporation
                              Plaintiff,

v.                                                Case No.: 1:07−cv−07021
                                                  Honorable John F. Grady

SHC Direct, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

    MINUTE entry before Judge John F. Grady :Motion to withdraw as attorney [30] is entered and continued until 1/9/08 at 9:30 a.m instead of 11:00 a.m. Motion call will be heard in courtroom 1425.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.