UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Meridian Enterprises Corporation | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−07021 |
| | Honorable Elaine E. Bucklo |
| SHC Direct, LLC | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 1, 2008:

    MINUTE entry before Judge Elaine E. Bucklo : Scheduling conference held on 2/1/2008. The court approved parties' discovery plan. Opening Markman brief due by 3/17/08; response by 4/17/08; and any reply by 4/21/08. Target date for ruling by mail set for 5/21/08. Plaintiff shall comply with FRCP(26)(a)(2) by 7/2/08. Defendant shall comply with FRCP(26)(a)(2) by 8/1/08.Discovery ordered closed by 6/13/2008. Dispositive motions with supporting memoranda due by 9/15/2008. Pretrial Order due by 11/3/2008.Status hearing set for 4/4/2008 at 10:00 AM. Answer to Meridian's complaint due by 2/15/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.