IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MERIDIAN ENTERPRISES CORPORATION** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 07CV7021 |
| v. | ) ) | |
| **SHC DIRECT, LLC** | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   Spiro Bereveskos, Esq. (judy@uspatent.com)
Steve Zlatos, Esq. (szlatos@uspatent.com)
Lisa A. Hiday, Esq. (lhiday@uspatent.com)
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204

Michael J. Kelly, Esq.
Richard Thomas Sikes, Jr., Esq.
Freeborn & Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
(By US Mail only)

John L. McMullin, Esq.
Brown and James, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(By US Mail only)

Bradley F. Rademaker, Esq. (brademaker@bannerwitcoff.com)
Stephen L. Sheldon, Esq. (ssheldon@bannerwitcoff.com)
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(By US Mail only)

**PLEASE TAKE NOTICE** that on February 15, 2008, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached **SHC DIRECT, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO MERIDIAN ENTERPRISES CORPORATION'S COMPLAINT**, a copy of which is hereby served upon you.

                              SHC DIRECT, LLC


                              By:  /s/ *Max Shaftal*
                                    One of its attorneys

Max Shaftal, Esq.
Phillip S. Reed, Esq.
Scott W. Smilie, Esq.
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, Illinois 60606
(312) 551-8300
(312) 551-1101 - Fax