## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **SHC DIRECT, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO MERIDIAN ENTERPRISES CORPORATIONS' COMPLAINT** was served upon:

Spiro Bereveskos, Esq. (judy@uspatent.com)
Steve Zlatos, Esq. (szlatos@uspatent.com)
Lisa A. Hiday, Esq. (lhiday@uspatent.com)
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Chase Tower, 111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204


Michael J. Kelly, Esq.
Richard Thomas Sikes, Jr., Esq.
Freeborn & Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
(By US Mail only)

John L. McMullin, Esq.
Brown and James, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(By US Mail only)

Bradley F. Rademaker, Esq. (brademaker@bannerwitcoff.com)
Stephen L. Sheldon, Esq. (ssheldon@bannerwitcoff.com)
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(By US Mail only)


**Via US Mail and FedEx overnight delivery (unless otherwise indicated) this 15th day of February, 2008,** from the law offices of Patzik, Frank & Samotny Ltd., 150 South Wacker Drive, Suite 1500, Chicago, Illinois 60606.


_____/s/ Max Shaftal_____

14