**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Meridian Enterprises Corporation
                               Plaintiff,

v.                                                       Case No.: 1:07−cv−07021
                                                       Honorable Elaine E. Bucklo

SHC Direct, LLC
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

         MINUTE entry before Judge Honorable Elaine E. Bucklo: Pursuant to Stipulation Order of Dismissal, all claims and counterclaims between Meridian and West Suburban and between Meridian and SHC herein are dismissed with prejudice and each party to bear its own costs, expenses and fees. Status hearing set for 3/21/08 is vacated.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.