

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WEST SUBURBAN BANK<br>d/b/a PREPAID SOLUTIONS USA,<br><br>    Plaintiff, counterclaim defendant<br><br>    v.<br><br>MERIDIAN ENTERPRISES<br>CORPORATION,<br><br>    Defendant, counterclaim plaintiff | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-cv-02838-EEB<br>)<br>)<br>)<br>)<br>)<br>) |
| MERIDIAN ENTERPRISES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SHC DIRECT, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:07-cv-07021-EEB<br>)<br>)<br>)<br>) |

**STIPULATED ORDER OF DISMISSAL
PURSUANT TO SETTLEMENT FOR CASES OF
WEST SUBURBAN BANK v. MERIDIAN AND
MERIDIAN v. SHC DIRECT, LLC**

Plaintiff, West Suburban Bank d/b/a Prepaid Solutions USA ("West Suburban") filed its Complaint for Declaratory Judgment against Meridian Enterprises Corporation in the United States District Court, Northern District of Illinois. Plaintiff, Meridian Enterprises Corporation ("Meridian"), filed its Complaint in the United States District Court for the Eastern District of Missouri for infringement of its United States Letters Patent No. 5,025,372 by SHC Direct, LLC. ("SHC"), Case No. 4:07-cv-1364-DJS. This case was later transferred to the United States

District Court for the Northern District of Illinois, Case No. 1:07-cv-07021-EEB. Meridian, West Suburban and SHC hereby stipulate, agree and consent that the following should be entered:

IT IS ORDERED, ADJUDGED AND DECREED:

All claims and counterclaims between Meridian and West Suburban and between Meridian and SHC herein are dismissed with prejudice, with each party to bear its own costs, expenses and attorney fees.

Dated this 20th day of March, 2008.

_____
Judge, United States District Court
Northern District of Illinois

Presented By:

_____
Spiro Bereveskos
Steve Zlatos
Lisa A. Hiday
Woodard, Emhardt, Moriarty, McNett & Henry LLP
*Attorneys for Meridian Enterprises Corporation*

_____
Bradley F. Rademaker
Stephen L. Sheldon
Banner & Witcoff, Ltd
*Attorney for West Suburban Bank d/b/a Prepaid Solutions USA*

_____
Max Shaftal
Phillip S. Reed
Patzik, Frank & Samotny Ltd.
*Attorneys for SHC Direct, LLC*